```
 1  GEORGE S. CARDONA
    Acting United States Attorney
 2  SANDRA R. BROWN
    Assistant United States Attorney
 3  Chief, Tax Division
    VALERIE L. MAKAREWICZ CBN 229637
 4  Assistant United States Attorney
      Room 7211, Federal Building
 5    300 North Los Angeles Street
      Los Angeles, CA  90012
 6    Telephone:  (213) 894-2729                JS - 6
      Facsimile:  (213) 894-0115
 7
    Attorneys for the United States of America
 8
                       UNITED STATES DISTRICT COURT
 9
                      CENTRAL DISTRICT OF CALIFORNIA
10
                              WESTERN DIVISION
11
    UNITED STATES OF AMERICA,        ) No. CV 09-4516 R (FMOx)
12                                   )
             Plaintiff,              ) ORDER CLOSING CASE WITHOUT
13                                   ) PREJUDICE
         vs.                         )
14                                   ) Honorable Manuel L. Real
    LAGUNA NURSERY, INC., et. al.,   )
15                                   ) Motion Hearing:
             Defendants.             )
16                                   ) Date: October 26, 2009
                                     ) Time: 10:00 a.m.
17                                   ) Ctrm: 8
                                     )       United States Courthouse
18                                   )       312 N. Spring St.
                                     )       Los Angeles, CA 90012
19  _____)
20
21
22
23
24
25
26
27
28
```

This matter came before the Court for a hearing on Plaintiff's Motion for Summary Judgment on October 26, 2009, at which time counsel for defendant LAGUNA NURSERY appeared and informed the Court that it had filed a Voluntary Petition in the United States Bankruptcy Court, Central District of California, Docket No. 8:09-bk-21553-ES.  Pursuant to the automatic stay under 11 U.S.C. § 362, and for good cause appearing therein, IT IS HEREBY ORDERED:

1. That the Complaint in this case on June 23, 2009, seeking to foreclose federal tax liens against real property located in Laguna Beach, California, is closed, without prejudice.

2. Pending the results of a final ruling from the Bankruptcy Court, this case may be re-opened to decide any matters not settled in the context of the pending Bankruptcy case.

3. The trial date set for October 27, 2009, is vacated.

**IT IS SO ORDERED.**

Dated: October 27, 2009

_____
MANUEL L. REAL
United States District Judge

Respectfully submitted,

GEORGE S. CARDONA
Acting United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
          /s/
_____
VALERIE L. MAKAREWICZ
Assistant United States Attorney